1  ADAM PAUL LAXALT
     Attorney General
2  IAN CARR, Bar No. 13840
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV 89701-4717
   Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendants*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  DAVID BRESSELSMITH,                    Case No. 3:16-cv-00610-RCJ-WGC

11                 Plaintiff,              **STIPULATION AND ORDER FOR
                                            DISMISSAL WITH PREJUDICE**
12  vs.

13  QUINLIN, et al.,

14                 Defendants.

15       Plaintiff, David Bresselsmith, appearing *pro se*, and Defendants, by and through counsel, Adam

16  Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby

17  stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be

18  dismissed with prejudice by order of this Court.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties.  Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this _29_ day of March, 2018.

DATED this _3RD_ day of ~~March~~, 2018.
APRIL

ADAM PAUL LAXALT
Attorney General

By: _____
DAVID BRESSELSMITH #89079
*Plaintiff, Pro Se*

By: _____
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED__ April 16, 2018 ___

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3 on this 3rd day of April, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the

4 foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

5

6

7 David Bresselsmith, #89079
Ely State Prison

8 P.O. Box 1989
Ely, NV 89301

9

10

11 _____
An employee of the

12 Office of the Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28